**Desiree M. BROWN, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 05–3319.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2005.

Desiree M. Brown, pro se.

*ORDER*

On November 2, 2005 the court issued an order giving Desiree M. Brown ("Brown") 30 days to either submit a revised Fed. Cir. R. 15(c) form indicating that she "waives review of any discrimination issues or informs the court that she wishes to proceed in a district court". The court received Brown's Fed. Cir. R. 15(c) form on December 5, 2005. Brown neither selected statement # 2 on the form waiving her discrimination claim, nor requested that her case be transferred to a district court.

**Katherine ROBINSON–MUNOZ, Petitioner,**

v.

**SECURITIES AND EXCHANGE COMMISSION, Respondent.**

No. 05–3176.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2005.

Katherine Robinson–Munoz, pro se.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.